days after service of copy of this decision, defendant may have final judgment dismissing the complaint, with costs."

HUNT, Respondent, v. BUTTERICK PUB. CO., Limited, Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Daisy Hunt against the Butterick Publishing Company, Limited. No opinion. Judgment and order unanimously affirmed, with costs.

In re HUNT'S WILL. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) In the matter of proving the last will and testament of Hester Hunt, deceased. No opinion. Motion denied.

IERVASI, Respondent, v. CITY & SUBURBAN HOMES CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Pasquale Iervasi against the City & Suburban Homes Company. No opinion. Judgment and order unanimously affirmed, with costs.

INDUSTRIAL & GENERAL TRUST, Limited, et al., Appellants, v. TRUST CO. OF AMERICA et al., Respondents. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by the Industrial & General Trust, Limited, and others, against the Trust Company of America and others. L. Marshall, for appellants. F. W. M. Cutcheon, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

ISAACS, Appellant, v. COMMERCIAL CO. OF SALONICA, Limited, Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Herman Isaacs against the Commercial Company of Salonica, Limited. No opinion. Judgment and order unanimously affirmed, with costs.

ISRAELSON v. SUPREME LODGE, IROQUOIS. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Lucy Israelson against the Supreme Lodge, Iroquois. No opinion. Application denied, with $10 costs. Order signed.

JACOBS, Respondent, v. LEVIN, Appellant. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Gelle Jacobs against Fannie Levin. H. A. Brand, for appellant. O. A. Samuels, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

JABURG et al. v. HASEROT CANNERIES CO. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by John Jaburg and another against the Haserot Canneries Company. No opinion. Motion denied. Appeal to be submitted at present term, if respondent so desires. Order filed.

JEFFERSON REAL ESTATE CO., Appellant, v. STEARNS, Respondent. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by the Jefferson Real Estate Company against Walter H. Stearns. T. H. Friend, for appellant. C. R. Carruth, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JESSE C. BENNETT & CO. v. McGILL. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Jesse C. Bennett & Co. against Mary L. H. McGill No opinion. Application denied, with $10 costs. Order signed.

JOHN LACKNER CO., Respondent, v. SIMPSON CRAWFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 16, 1908.) Action by the John Lackner Company. against the Simpson Crawford Company. No opinion. Motion granted, upon payment of $10 cost.

JOHN LACKNER CO., Respondent, v. SIMPSON CRAWFORD CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by the John Lackner Company against the Simpson Crawford Company. PER CURIAM. Appeal dismissed, with costs, without consideration upon the merits, because the record does not present a case settled as required by section 317 of the Municipal Court act (Laws 1902, p. 1580, c. 580). See Skinner v. Allison, 108 N. Y. Supp. 970.

JOHNSON, Respondent, v. NEW YORK & Q. C. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Jacob Johnson against the New York & Queens County Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

JONES v. LENT. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Mary Jones against Smith Lent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

JONES, Appellant, v. TOWN OF LOWVILLE, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Emma D. Jones against the town of Lowville. PER CURIAM. Order affirmed, with costs. Held, that the trial judge properly exercised his discretion in setting aside the verdict on the ground that the verdict was contrary to the evidence. McLENNAN, P. J., and WILLIAMS, J., concur on the additional ground that the verdict is contrary to law.

In re JONES. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the examination of Robert E. Jones in proceedings supplementary to execution, etc. No opinion. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.